Exhibit A

Carteret County Sheriff's Letter

# Office of the Sheriff

**ASA B. BUCK, III**
**SHERIFF**

**304 CRAVEN STREET**
**BEAUFORT, NC 28516**

**PH: 252.728.8400**
**FAX: 252.504.4818**

To: Whom it May Concern

Re: Criminal Background Check

A Criminal Background Check was performed in DCI on a **CHRISTOPHER JOHN MOORE** to determine the status of his rights to possess a firearm. The records check response from NLETS – NICS showed that Mr. Moore has a Firearms Disqualified Status as **(D) Disqualified**. This status check was performed on January 17, 2025 by Deputy Jacquelyn Evans.

Respectfully,

*[signature: Jacquelyn Evans]*

Jacquelyn Evans

NORTH CAROLINA
CARTERET COUNTY

The foregoing instrument was acknowledged before me this day of January 17, 2025

*[signature]*
Notary Public
My Commission Expires July 18, 2027

*[Notary Seal: EDGAR PAKE JR, NOTARY PUBLIC, CARTERET COUNTY, NC]*